# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
)
Kings Bay Support Services ) ASBCA No. 60871
)
Under Contract No. N69450-11-D-7578 )

APPEARANCE FOR THE APPELLANT: Wade M. Bass, Esq.
APTIM Federal Services, LLC
Alexandria, VA

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Rawn M. James, Jr., Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 May 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60871, Appeal of Kings Bay Support Services, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals